# EXHIBIT 2

Case 2:26-cv-04034 Document 1-4 Filed 06/12/26 Page 2 of 2



**Ari Shapell <ashapell@aclupa.org>**

---

## CBP FOIA - CBP-FO-2026-095344
1 message

---

**cbpfoia@cbp.dhs.gov** <noreply@securerelease.us>          Thu, Apr 30, 2026 at 2:05 PM
Reply-To: cbpfoia@cbp.dhs.gov
To: ashapell@aclupa.org

### This email comes from outside the organization.

Do not click links or open attachments unless it is an email you expected to receive.

Ariel Shapell
ACLU of Pennsylvania
808 S. Mildred St.
Philadelphia, Pennsylvania 19147

04/30/2026

CBP-FO-2026-095344

Dear Ariel Shapell:

This notice acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP) received on 4/29/2026. Please use the following unique FOIA tracking number CBP-FO-2026-095344 to track the status of your request.

Provisions of the Act allow us to recover part of the cost of complying with your request.  We shall charge you for records in accordance with the DHS FOIA regulations outlined on the DHS website, https://www.federalregister. gov/documents/2016/11/22/2016-28095/freedom-of-information-act-regulations. By submitting your request, you have agreed to pay up to $25.00 in applicable processing fees, if any fees associated with your request exceed this amount, CBP shall contact you; however, the first 100 pages are free.

Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations, CBP processes FOIA requests according to their order of receipt.  Although CBP's goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances pursuant to 6 C.F.R. Part 5 § 5.5(c). Please note that due to the increasing number of FOIA requests received by this office, and a current backlog, it may take 6-9 months to receive a response to your FOIA request. We are diligently working to process each request as quickly as possible, in the order they were received. We appreciate your patience during this time.

For additional information please consult CBP FOIA website please click on FOIA Act Resources or visit http://www.cbp.gov/site-policy-notices/foia.

Please note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

Sincerely,
U.S. Customs and Border Protection