UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION<br><br>Defendant. | Civil Action No.: 26-cv-4034 |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

Plaintiff American Civil Liberties Union of Pennsylvania (Plaintiff) and Defendant United States Customs and Border Protection (Defendant) hereby stipulate as follows:

1. On June 12, 2026, Plaintiff filed a Complaint pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 *et seq*.
2. On August 20, 2026, Defendant filed an Answer to the Complaint.
3. On August 20, 2026, the parties filed a Joint Status Report with the Court, advising the Court that Defendant had completed its search for records on July 31, 2026 and determined following that search that it had no records responsive to the FOIA request. Defendant accordingly issued a letter to Plaintiff outlining its search efforts and the results on August 17, 2026.

4. Since this time, the parties have engaged in discussions regarding the resolution of this case, and Plaintiff now agrees to dismiss the Complaint without prejudice pursuant to FRCP 41(a)(1)(A)(ii).
5. The parties further agree that each party will bear their own costs and fees.
6. Pursuant to Local Civil Rule 5.1.2, counsel for the parties consent to the submission of this stipulation with their electronic signatures below.

So stipulated,

AMERICAN CIVIL LIBERTIES UNION

*/s/Ariel Shapell*
ARIEL SHAPELL
VANESSA L. STINE
American Civil Liberties Union
P.O. Box. 60173
Philadelphia, PA 19102
(215) 592-1513
ashapell@aclupa.org
vstine@aclupa.org

*Counsel for Plaintiff*

DAVID METCALF
United States Attorney

*/s/ Daniella D. Lees*
DANIELLA D. LEES
COLIN CHERICO
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8515
daniella.lees@usdoj.gov
colin.cherico@usdoj.gov

*Counsel for Defendant*

Dated: November 20, 2026

**SO ORDERED:**

________________________
HONORABLE GERALD A. MCHUGH
Judge, United States District Court